UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23136-DPG

JAMES DUMAY,

       Plaintiff,

v.

AKAL SECURITY, INC., a foreign
for-profit corporation,

       Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JAMES DUMAY, and Defendant, AKAL SECURITY, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs. The parties respectfully request that the Court retain jurisdiction to enforce the terms of the parties' settlement agreement.

Dated this 26th day of October, 2022.    Respectfully submitted,

| | |
|---|---|
| *s/ Max L. Horowitz* | *s/ Roman Sarangoulis* |
| Max L. Horowitz, Esq. | Roman Sarangoulis, Esq. |
| Florida Bar No.: 118269 | Florida Bar No. 1011944 |
| Email: *mhorowitz@rgpattorneys.com* | Email: *roman.sarangoulis@jacksonlewis.com* |
| REMER, GEORGES-PIERRE | JACKSON LEWIS P.C. |
| & HOOGERWOERD, PLLC | One Biscayne Tower, Suite 3500 |
| 2745 Ponce De Leon Boulevard | 2 South Biscayne Boulevard |
| Coral Gables, Florida 33134 | Miami, Florida 33131 |
| Telephone: (305) 416-5000 | Telephone: 305-577-7600 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |